# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS JENSEN | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:18CV00565 SWW |
| | * | |
| | * | |
| JOHNSON TRUST INVESTMENTS, LLC | * | |
| | * | |
|     DEFENDANT | * | |
| | * | |
| | * | |

## **ORDER**

Pursuant to the parties' notice of stipulated dismissal [ECF No. 19], this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24th DAY OF SEPTEMBER, 2019.

                                                /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE